IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| PARKSIDE FIRST BAPTIST CHURCH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.   3:23-cv-59<br><br><br><br>**NOTICE OF REMOVAL** |

　　　　Defendant, Brotherhood Mutual Insurance Company ("BMIC"), hereby gives notice of the removal of this action pursuant to 28 U.S.C. § 1441 *et seq.* and Local Rule 81.  Removal is in accordance with 28 U.S.C. § 1441 *et seq.,* as this Court would have had diversity jurisdiction over this action under 28 U.S.C. § 1332(a).  In support of its Notice of Removal, BMIC states as follows:

　　　　1.　　　Plaintiff, Parkside First Baptist Church, commenced a civil action on July 5, 2023, captioned *Parkside First Baptist Church, Plaintiff vs. Brotherhood Mutual Insurance Company, Defendant,* in the Iowa District Court for Des Moines County, Case No. LALA005781 (the "State Court Action").

　　　　2.　　　BMIC has reviewed the state court's docket and determined that the following attached process and pleadings have been filed:

　　　　　　　-　　Petition for Money Damages and Declaratory Judgment
　　　　　　　-　　Petition Cover Sheet
　　　　　　　-　　Original Notice
　　　　　　　-　　Notice of Appearance (Timothy D. Johnson for Plaintiff)
　　　　　　　-　　Notice of Withdrawal of Counsel (Brian C. Leopold for Plaintiff)
　　　　　　　-　　Affidavit of Service
　　　　　　　-　　Appearance of J. Michael Weston (for Defendant)

1

3. Plaintiff served BMIC with copies of Plaintiff's Petition for Money Damages and Declaratory Judgment, and Original Notice on August 7, 2023. Service was BMIC's first notice of the suit. In accordance with 28 U.S.C. § 1446(b), BMIC timely filed this Notice of Removal within 30 days of its receipt of Plaintiff's Petition.

4. In the State Court Action, as set forth in the Petition, Plaintiff claims that BMIC breached the applicable insurance contract as a result of not paying all or part of Plaintiff's claim for property damage to 3 properties it owns in Burlington, Iowa, as a result of a July 9, 2021 wind and hailstorm. Plaintiff further claims it is entitled to declaratory judgment and enforcement of a pending appraisal award and prays that the litigation be stayed pending the outcome of an appraisal.

5. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 for the reasons set forth below:

    a. **Complete diversity exists**. The following statements were true on the date that Plaintiff filed its Petition (July 5, 2023) and on the date that BMIC filed its Notice of Removal (September 6, 2023):

        1. Plaintiff is an Iowa non-profit corporation with its principal place of business located at 300 Potter Drive in Burlington, Des Moines County, Iowa.

        2. Plaintiff is a citizen of the State of Iowa.

        3. Defendant Brotherhood Mutual Insurance Company ("BMIC") is a property and casualty insurance company incorporated in the State of Indiana with its principal place of business in Fort Wayne, Indiana. (Plaintiff's Petition, ¶ 4).

4. BMIC is a citizen of the State of Indiana. *See* 28 U.S.C. § 1332(c)(1) (a corporation is a citizen of the state of its incorporation and the state of its principal place of business).

b. **The amount in controversy exceeds $75,000.00.** Based on the content of Plaintiff's Petition and its knowledge of the claim, BMIC believes in good faith that the amount in controversy exceeds $75,000.00, exclusive of costs and interest. BMIC satisfies its burden to prove that the amount in controversy exceeds $75,000.00 even though an amount of compensatory damages is not specified in Plaintiff's Petition. *See Kaufman v. Costco Wholesale Corp.*, 571 F.Supp.2d 1061, 1063 (D. Minn. 2008) (*citing In re Minn. Mut. Life Ins. Co. Sales Practices Litig.*, 346 F.3d 830, 834 (8th Cir. 2003) (Where the Plaintiff does not allege a specific amount in the complaint, the removing party bears the burden of proving, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.00).

The amount in controversy is measured by the "value to the plaintiff of the right sought to be enforced." *Advance Am. Servicing of Ark. V. McGinnis*, 526 F.3d 1170, 1173 (8th Cir. 2008). *See also Hatridge v. Aetna Cas. & Surety Co.*, 415 F.2d 809, 815 (8th Cir. 1969) (the amount in controversy is the amount that the complainant seeks to recover or the sum that defendant will lose if the complainant wins the suit). In other words, the amount in controversy is the amount that Plaintiff will seek from a jury. Plaintiff will seek an amount greater than $75,000.00 in this case. Plaintiff seeks compensatory damages for BMIC's alleged breach of contract for property damage. Upon information and belief, Plaintiff seeks damages to its buildings in excess of $452,000, based upon an estimate received from its public adjusters, Swift Public Adjusters. Therefore, the amount in controversy exceeds $75,000.00, exclusive of costs and interest.

BMIC reserves the right to amend and/or supplement this Notice of Removal.

WHEREFORE, the Defendant, Brotherhood Mutual Insurance Company, hereby removes the State Court Action pending as Case No. LALA005781 in the Iowa District Court for Des Moines County to this Honorable Court.

**LEDERER WESTON CRAIG PLC**

By: /s/ J. Michael Weston
J. Michael Weston        AT0008405
118 Third Avenue SE, Suite 700
P.O. Box 1927
Cedar Rapids, IA  52406-1927
Phone:  (319) 365-1184
Fax:     (319) 365-1186
E-mail:  mweston@lwclawyers.com

**ATTORNEYS FOR DEFENDANT
BROTHERHOOD MUTUAL INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 6, 2023, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Southern District of Iowa, Eastern Division and that a true copy of the foregoing instrument was served upon all parties in interest to the above-entitled cause by *electronic* mail to each party at each party's respective e-mail address.  The parties in interest referred to above are:

**ATTORNEY FOR PLAINTIFF:**
Timothy D. Johnson
SMITH JADIN JOHNSON, PLLC
E-mail:  tjohnson@sjjlawfirm.com

/s/ J. Michael Weston
J. Michael Weston

4